

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-17-00463-CV

| | | |
|---|---|---|
| LATTER AND BLUM OF TEXAS, LLC D/B/A REALTY ASSOCIATES, Appellant | § | On Appeal from |
| | § | County Court at Law No. 2 |
| V. | § | of Tarrant County (2016-000685-2) |
| | § | August 8, 2019 |
| PAUL MURPHY, Appellee | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the default judgment of the trial court as to Latter and Blum of Texas, LLC d/b/a Realty Associates is reversed and the case is remanded to the trial court for further proceedings.

It is further ordered that appellee Paul Murphy shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel